IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3044-7 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| HEATHER HRUBY, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's counsel has orally moved to continue Defendant's change-of-plea hearing set for Friday, September 4, 2009. Upon defense counsel's representation that the government does not object, the motion shall be granted.

IT IS ORDERED:

1. The defendant's oral motion to continue the change-of-plea hearing set for Friday, September 4, 2009, is granted;

2. Counsel shall contact my judicial assistant, Kris Leininger, to reschedule the hearing.

DATED this 3rd day of September, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge