IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3044-7 |
| V. | ) | |
| HEATHER HRUBY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to extend self-surrender period (filing 226) is denied.

DATED this 23rd day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge