IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3044 |
| V. | ) | |
| HEATHER HRUBY, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to dismiss (filing no. 337) the petition for offender under supervision (filing no. 291) is granted. The defendant's March 3, 2016, revocation hearing is canceled.

DATED this 26th day of February, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge